# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL JIMMY REA,<br><br>    Petitioner,<br><br>    vs.<br><br>ROBERT GOWER, Warden,<br><br>    Respondent. | Case No. CV 12-2241-ODW (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge. No objections to the Report and Recommendation have been filed, even though Petitioner was granted an extension of time within which to do so. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that the Petition is denied, Petitioner's request for an evidentiary hearing is denied, and Judgment be entered dismissing this action with prejudice.

DATED: September 19, 2014

                                            OTIS D. WRIGHT, II
                                            U.S. DISTRICT JUDGE