# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL JIMMY REA, | Case No. CV 12-2241-ODW (JPR) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| ROBERT GOWER, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: September 19, 2014

OTIS D. WRIGHT, II
U.S. DISTRICT JUDGE